# United States District Courts

WESTERN DISTRICT OF TEXAS

United States of America

v.

(1) Martin Reyes-Duque

**WARRANT FOR ARREST**

Case Number: DR:16-M -09004(1)

**To: The United States Marshal**
 **and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest _____(1) Martin Reyes-Duque_____
                                                                            Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description)

*The defendant, Martin REYES-Duque, was arrested by Border Patrol Agents, on August 29, 2016 for being an alien illegally present in the United States. Investigation and records of the Bureau of Citizenship and Immigration Services reveal the defendant was previously deported from the United States on December 18, 2009 through Del Rio, Texas, Intl Bridge. The defendant was found in the Western District of Texas without having obtained permission from the Secretary of Homeland Security or the Attorney General of the United States to re-apply for admission after being deported. The defendant is unlawfully present in the United States.*

in violation of Title ___8___ United States Code, Section(s) __1326(a)(1)__

COLLIS WHITE
Name of Issuing Officer

U.S. MAGISTRATE JUDGE
Title of Issuing Officer

*[signature]*
Signature of Issuing Officer

August, 31, 2016 DEL RIO, Texas
Date and Location

Bail Fixed at $ _____ by _____
                                          Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-name defendant at DEL RIO, Texas. | | |
| Date Received<br>August 31, 2016 | Name and Title of Arresting Officer | Signature of Arresting Officer |
| Date of Arrest<br>August 29, 2016 | GARCIA, Jesus J<br>Border Patrol Agent | *[signature]* |