# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## DEL RIO DIVISION

| | | |
|---|---|---|
| United States of America | § § | |
| vs. | § § | Case Number:  DR:16-M -09004(1) |
| (1) Martin Reyes-Duque<br>*Defendant* | § | |

# ORDER

On motion of the United States Government requesting detention of the Defendant, (1) Martin Reyes-Duque, a hearing was set for September 6, 2016.

Christina Norton was appointed to represent the defendant.  On September 1, 2016, the attorney for the defendant filed a Waiver of Preliminary and Detention Hearing signed by the attorney, and the defendant waiving the hearings and the right to contest the Government's motion,

THEREFORE, pursuant to this waiver, it is ordered that the defendant be detained without bond until the completion of this case.

SIGNED this 2nd day of September, 2016.

_____
COLLIS WHITE
U.S. MAGISTRATE JUDGE